# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **JEREMY J. BENTLEY,** | ) | |
| Plaintiff, | ) ) ) | Case No. 2:20CV00026 |
| v. | ) ) | **ORDER** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed August 25, 2021, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and

2. The Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER: October 1, 2021

/s/ JAMES P. JONES
Senior United States District Judge